UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

CASE NO.: 5:23-cv-00061-MW-MJF

VANESSA MOORE,

    Plaintiff,

v.

CRAFTY CRAB PANAMA CITY LLC
Foreign Limited Liability Company,

    Defendant.
_____/

## MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANT, CRAFTY CRAB PANAMA CITY LLC

The undersigned attorney and the law firm of Cole, Scott & Kissane, P.A. (collectively the "Firm"), pursuant to N.D. Fla. L.R. 11.1(H), and Rule 4-1.16(b) of the Rules Regulating the Florida Bar, hereby file this motion to withdraw as counsel of record for Defendant, CRAFTY CRAB PANAMA CITY LLC ("CCPC") and in support thereof, state as follows:

    1.    The Firm was retained to represent CCPC in this matter.

    2.    On May 4, 2023, CCPC requested the Firm to cease legal representation and discontinue any further work on this case.

    3.    Due to irreconcilable differences, the Firm can no longer effectively and properly continue to represent CCPC in this instant action.

4. Withdrawal by the Firm will not unduly prejudice CCPC.

5. Based on the foregoing it is requested that the Firm may be permitted to withdraw as counsel for any and all matters pertaining to the instant action.

6. Given those circumstances, sufficient good cause exists to permit the withdrawal of the Firm as CCPC's counsel of record.

7. CCPC may be reached via email at craftycrabpcb@gmail.com and craftycrabrachel@gmail.com.

8. This motion is made in good faith and not for the purposes of delay.

9. An attorney's request to withdraw from the representation on non-mandatory grounds is governed by Rule 4-1.16(b) of the Rules Regulating the Florida Bar. That Rule provides, in part, as follows:

[The] lawyer may withdraw from representing a client if:

a) withdrawal can be accomplished without material adverse effect on the interests of the client;

b) the client insists upon taking action that the lawyer considers repugnant, imprudent, or with which the lawyer has a fundamental disagreement;

c) the client fails substantially to fulfill an obligation to the lawyer regarding the lawyer's services and has been given reasonable warning that the lawyer will withdraw unless the obligation is fulfilled;

    d)   the representation will result in an unreasonable financial burden on the lawyer or has been rendered unreasonably difficult by the client; or

    e)   other good cause for withdrawal exists.

## CERTIFICATION OF NOTICE TO CCPC

I, Cody German, Esq. certify that the Firm has provided CCPC notice of the Firm's intent to file the instant motion via electronic mail on May 25, 2023, June 20, 2023, June 23, 2023, July 10, 2023, and July 21, 2023 in this case for the reasons outlined above.

## CERTIFICATION OF GOOD FAITH CONFERENCE

Pursuant to Local Rule 7.1(B), the undersigned has conferred in good faith with Plaintiff to this action (through its respective counsel). Plaintiff has confirmed that they are unopposed.

WHEREFORE, the undersigned counsel and law Firm respectfully request that this Court enter an Order: (1) granting Cole, Scott & Kissane, P.A. leave to withdraw as counsel of record for CCPC; (2) relieving Cole, Scott & Kissane, P.A. of any further responsibility herein, and (3) granting such other and further relief as this Court deems just and proper. It is also respectfully requested that CCPC be allowed twenty (20) days from the date of the entry of the Order granting the Firm's

withdrawal to secure substitute counsel together with any additional relief deemed just and proper.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 28th day of July 2023, a true and correct copy of the foregoing has been furnished by electronic filing with the Clerk of the court via CM/ECF, which will send notice of electronic filing to all counsel of record.

> COLE, SCOTT & KISSANE, P.A.
> *Counsel for Defendant, CRAFTY CRAB PANAMA CITY LLC*
> Cole, Scott & Kissane Building
> 9150 South Dadeland Boulevard, Suite 1400
> P.O. Box 569015
> Miami, Florida 33156
> Telephone (786) 268-6415
> Facsimile (305) 373-2294
> Primary e-mail: cody.german@csklegal.com
> Alternate e-mail: nicolle.quant@csklegal.com

By: *s/ Cody German*
CODY GERMAN
Florida Bar No.: 58654

1620.0459-00