IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

**VANESSA MOORE,**

    *Plaintiff*,

v.                                             Case No.: 5:23cv61-MW/MJF

**CRAFTY CRAB PANAMA
CITY LLC,**

    *Defendant.*

_____/

## ORDER GRANTING MOTIONS TO WITHDRAW AND DISMISSING CASE

This Court has considered, without hearing, Plaintiff's counsel's motions to withdraw as counsel for Plaintiff. ECF Nos. 17 and 18. This Court was notified separately by Plaintiff that she did not wish to be heard. Accordingly, the motions are **GRANTED.** Defendant was previously directed to obtain new counsel after its counsel withdrew. However, Defendant has taken no action to obtain new counsel and Plaintiff has separately notified this Court that she does not wish to proceed or be heard.

This Court recognizes that, this being a Fair Labor Standards Act case, any settlement is not binding unless approved by this Court. *Lynn's Food Stores, Inc. v. U.S. US Dep't of Labor*, 679 F.2d 1350, 1353 (11th Cir. 1982). However, nobody has provided a notice of settlement or sought settlement approval. Instead, this Court has

1

been informed only that the case has resolved, Plaintiff no longer wishes to proceed, nor does she wish to be heard. Accordingly, this case is **DISMISSED without prejudice**. The Clerk shall enter judgment stating, "Plaintiff's claims are **DISMISSED without prejudice**." The Clerk shall remove the STAY flag and close the file.

**SO ORDERED** on September 21, 2023.

s/Mark E. Walker  
**Chief United States District Judge**
