IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

VANESSA MOORE,

    Plaintiff,

v.                                        Case No. 5:23-cv-61-MW/MJF

CRAFTY CRAB PANAMA CITY LLC,

    Defendant.
_____/

## JUDGMENT

Plaintiff's claims are DISMISSED without prejudice.

                                            JESSICA J. LYUBLANOVITS,
                                            CLERK OF COURT

September 21, 2023            s/ Jeremy Wright
DATE                                        Deputy Clerk